regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also denied. At his request, it is noted that Judge Carswell voted for Rehearing En Banc.

**Michael Francis AGIUS, a/k/a Michael Rockford Ages, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 25228.

United States Court of Appeals
Fifth Circuit.

Oct. 22, 1969.

Neal J. Dunn, Miami, Fla., for appellants.

Theodore Klein, Asst. U. S. Atty., Miami, Fla., for appellee.

ON PETITION FOR REHEARING OF 413 F.2d 915 AND PETITION FOR REHEARING EN BANC

Before THORNBERRY and SIMPSON, Circuit Judges, and SUTTLE, District Judge.

PER CURIAM:

The Petition for Rehearing having previously been denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in

**KORATRON MANUFACTURING COMPANY, Petitioner-Appellee.**

v.

**COWDEN MANUFACTURING COMPANY, Respondent-Appellant.**

No. 23287.

United States Court of Appeals
Ninth Circuit.

Oct. 31, 1969.

Jack Corinblit (argued), of Corinblit & Shapero, Los Angeles, Cal., Clay & Marye, Mt. Sterling, Ky., for appellant.

Moses Lasky (argued), David W. Lennihan, of Brobeck, Phleger & Harrison, San Francisco, Cal., for appellee.

Before JERTBERG, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM:

The judgment appealed from is vacated and the cause is remanded to the District Court for further consideration in the light of the decision of the Supreme Court of the United States in Lear, Inc. v. Adkins, 1969, 395 U.S. 653, 89 S.Ct. 1902, 23 L.Ed.2d 610.